[No. 35456-6-I.   Division One.   January 16, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. RICK E. SHERMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-09503-9, Robert H. Alsdorf, J., entered October 24, 1994. *Dismissed* by unpublished per curiam opinion.

[No. 17998-9-II.   Division Two.   January 17, 1996.]

MARY ELAINE LIBBY, *as Personal Representative, Respondent*, v. JOANNE PATTERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 93-2-02787-1, Barbara D. Johnson, J., entered February 11, 1994. *Reversed* by unpublished opinion per Seinfeld, C.J., concurred in by Morgan and Bridgewater, JJ.

[No. 18552-1-II.   Division Two.   January 17, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. TROY ALLEN FIELDS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 94-1-00738-6, Roger A. Bennett, J., entered August 17, 1994. *Affirmed* by unpublished opinion per Seinfeld, C.J., concurred in by Morgan and Bridgewater, JJ.

[No. 35041-2-I.   Division One.   July 3, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES DELBERT BRANCH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-06608-1, Norma Smith Huggins, J., entered August 5, 1994. *Affirmed* by unpublished per curiam opinion.